IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORMAN W.,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

No. 3:17-CV-01657-TC

ORDER

Plaintiff unopposed motion (#16) to voluntarily dismiss his complaint is allowed and this action is dismissed.

DATED this 6 day of August, 2018.

THOMAS M. COFFIN
United States Magistrate Judge

1 - ORDER